350

Kurt E. HUEBERT et al.

v.

ST. PAUL FIRE & MARINE INSUR-
ANCE COMPANY, a Corporation.

No. 4924.

United States Court of Appeals
Tenth Circuit.
June 22, 1954.

J. Rodney Stone, Newton, Kan., for ap-
pellants.

Fleeson, Gooing, Coulson & Kitch,
Wichita, Kan., for appellee.

Before PHILLIPS, Chief Judge, and
BRATTON and HUXMAN, Circuit
Judges.

PER CURIAM.

Appeal dismissed for failure diligently
to prosecute.

Elmer F. KELM, Collector of Internal
Revenue, etc., Appellant,

v.

Bessie Bennett BOCKMAN.

No. 15086.

United States Court of Appeals
Eighth Circuit.
June 10, 1954.

George E. MacKinnon, U. S. Atty., and
Alex Dim, Asst. U. S. Atty., St. Paul,
Minn., for appellant.

R. H. Fryberger and G. W. Townsend,
Minneapolis, Minn., for appellee.

Appeal from District Court dismissed,
on stipulation of parties. 117 F.Supp.
478.

UNITED STATES of America,
Appellant,

v.

FARMERS GRAIN DEALERS ASSOCIA-
ATION OF IOWA (Cooperative).

No. 15037.

United States Court of Appeals
Eighth Circuit.
June 15, 1954.

H. Brian Holland, Asst. Atty. Gen.,
Ellis N. Slack, Sp. Asst. to Atty. Gen.,
and Roy L. Stephenson, U. S. Atty., Des
Moines, Iowa, for appellant.

Alan Loth, Fort Dodge, Iowa, for ap-
pellee.

Appeal from District Court dismissed,
without costs to either party, on stipula-
tion of parties. 116 F.Supp. 685.

PROM, Inc., Appellant,

v.

Mrs. John AMOS.

No. 15024.

United States Court of Appeals
Eighth Circuit.
June 15, 1954.

Thomas B. Roberts, Frederic M. Miller,
Des Moines, and Edward R. Boyle, Clear
Lake, Iowa, for appellant.

George D. Dunn and William Pappas,
Mason City, Iowa, for appellee.

Appeal from District Court dismissed,
on stipulation of parties. 117 F.Supp.
615.